IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, #173280 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:04-CV-763-MHT |
| ) | |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 20, 2006 (Doc. 63), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed despite two extensions of time. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation be and is hereby ADOPTED;

2. The motion for summary judgment filed on behalf of Defendants Gwendolyn Mosley, Kenneth Jones, and Phelix Woods (Doc. No. 31) is GRANTED and the claims asserted against these Defendants are DISMISSED with prejudice;

3. The motion for summary judgment filed on behalf of Defendant Frederick Jones with respect to Plaintiff's false-information claim (Doc. 31), is GRANTED and this claim asserted against Defendant Frederick Jones is DISMISSED with prejudice;

4. The motion for summary judgment filed on behalf of Defendant Frederick Jones (Doc. 31) is GRANTED to the extent he has been sued in his official capacity;

5. The motion for summary judgment filed on behalf of Defendant Frederick Jones with respect to Plaintiff's excessive-force claim (Doc. 31) is DENIED to the extent this defendant is sued in his individual capacity;

6. Defendants Gwendolyn Mosley, Kenneth Jones, and Phelix Woods are DISMISSED as parties to this cause of action;

7. Plaintiff's claim that Defendant Frederick Jones used excessive force against him is referred back to the Magistrate Judge for an evidentiary hearing.

Done this the 28th day of July, 2006.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE