IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRETT LEON GAINES | * | |
| Plaintiff, | * | |
| v. | * | 2:04-CV-763-MHT-DRB |
| | | (WO) |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

On November 22, 2006 (Doc. 85), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation be and is hereby ADOPTED;

2. The motion for summary judgement filed on behalf of Defendant Frederick Jones, in his individual capacity (Doc. 31), be and is hereby GRANTED with respect to Plaintiff's excessive force claim.

DONE, this the 18th day of December, 2006.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE