IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRETT LEON GAINES | * | |
| Plaintiff, | * | |
| v. | * | 2:04-CV-763-MHT-DRB (WO) |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Defendants. | * | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of defendant Frederick Jones and against the plaintiff, and that this action, be and is hereby dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of December, 2006.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE